IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. JKB-22-439 |
| v. | * | |
| TYRELL JEFFRIES<br>DEFENDANT | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST TO SEAL DEFENDANT'S SENTENCING MEMORANDUM

Defendant Tyrell Jeffries, by and through his undersigned Counsel, moves the Court for an order to seal the Sentencing Memorandum and all attachments. It is essential to protect the sensitive and confidential information contained in the memorandum. Therefore, Mr. Jeffries respectfully requests that the Sentencing Memorandum and its attachments be filed under seal.

Respectfully submitted,

*Ryan L. Burke*
Ryan L. Burke
Federal ID: 29750

*[Handwritten annotation across right side of page:]* DENIED, without prejudice to reconsideration upon presentation of a more detailed request. Counsel must also explain why partial redaction rather than wholesale sealing is not an adequate remedy to the privacy concern. /s/ JKB 2/19/25

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2025, a true and accurate copy of this *Request to Seal Defendant's Sentencing Memorandum* was served on Assistant United States Attorney Ari Evans by operation of the Court's electronic filing system.

Ryan L. Burke
Federal ID: 29750